The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE FOUBARE,<br><br>Defendant. | No. CR22-206RSM, CR17-164RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT A OF JOINT SENTENCING AND DISPOSITION MEMORANDUM |

THIS MATTER has come before the Court on the Defendant's motion to seal Exhibit A of Defendant's Joint Sentencing and Disposition Memorandum. Having reviewed the motion and records in this case, the Court finds there are compelling reasons to permit filing the document under seal.

IT IS HEREBY ORDERED that Exhibit A of Defendant's Joint Sentencing and Disposition Memorandum is hereby sealed.

DATED this 6th day of March, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL EXHIBIT A OF DEFENDANT'S
SENTENCING MEMORANDUM (CR22-206RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax